GARY M. RESTAINO
United States Attorney
District of Arizona

BRETT A. DAY
Assistant United States Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: brett.day@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

NOV 8 2022

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-2407-TUC-RM(JR) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 115(a)(1)(B) and § 115(b)(4) |
| Daniel Wayne Watson, | (Threat to Federal Law Enforcement Officer) |
| Defendant. | Count 1 |

**THE GRAND JURY CHARGES:**

On or about April 11, 2022, in the District of Arizona, Defendant DANIEL WAYNE WATSON did threaten to murder and assault T.B., U.S. Probation Officer, with intent to intimidate and retaliate against T.B. while she was engaged in, and on account of, the performance of her official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: November 8, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

S/
BRETT A. DAY
Assistant U.S. Attorney